UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 22 P 2: 29
US DISTRICT COURT

| | | |
|---|---|---|
| WILLIAM PETERSEN | : | CIVIL NO. 3:00CV673(DJS)(TPS) |
| v. | : | |
| FRED LEVESQUE, ET AL. | : | OCTOBER 21, 2003 |

### THE DEFENDANTS' MOTION TO DISMISS

The defendants, pursuant to Section 41(b) of the Federal Rules of Civil Procedure, move to dismiss the above-captioned matter for the plaintiff's failure to prosecute. The plaintiff has not complied with the Court's pretrial order, dated February 18, 2003. The defendants respectfully ask this Court to dismiss this case for the plaintiff's failure to file that mandatory document.

DEFENDANTS
Fred Levesque, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of October 2003:

William Petersen
86 Oakland Terrace
Hartford, CT 06112

_____
Richard T. Biggar
Assistant Attorney General