UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM PETERSEN,
    Plaintiff

- v -                                          Civil No.3:00CV673(CFD)(TPS)

FRED LEVESQUE, ET AL,
    Defendant

### ORDER

A review of the docket reveals that the plaintiff has failed to respond to the defendants' motion to dismiss. The court's clerk has attempted to contact the plaintiff by telephone, but was unsuccessful. The plaintiff is hereby **ORDERED** to respond to the defendants' motion to dismiss **by December 20, 2003**.

    <u>Failure to respond will result in the dismissal of the case with prejudice</u>.

    Dated at Hartford, Connecticut this 2nd day of December, 2003.

                                      /s/ Thomas P. Smith
                                      Thomas P. Smith
                                      United States Magistrate Judge