UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM PETERSEN,
    Plaintiff

- v -                                      Civil No.3:00CV673(TPS)

FRED LEVESQUE, ET AL,
    Defendant

### RULING ON DEFENDANTS' MOTION TO DISMISS

On December 2, 2003, the plaintiff was ordered to respond to the defendants' motion to dismiss (**Dkt. #54**) by December 20, 2003 or his case would be dismissed with prejudice.[1] The plaintiff has failed to respond. As a result, the defendants' motion is **GRANTED WITH PREJUDICE**.

Dated at Hartford, Connecticut this 29th day of December, 2003.

Thomas P. Smith
United States Magistrate Judge

---

[1] The motion to dismiss was based on the plaintiff's failure to prosecute this case; he neglected to file a trial memorandum as ordered on February 18, 2003. A trial was set for January 8th, 2004.