UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

William Petersen

Case No. 3:00CV673TPS

vs
Fred Lasveque, I/O
John J. Armstrong, I/O
James E. Huckebay, I/O
Christine Whidden, I/O
Joyce McKinney, I/O
David Viera, I/O
Michael Cleaver, I/O
Emmanuel DHO, I/O
Luis Sosa, I/O
Peter Matos, I/O
Mark Strange, I/O

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Dominic J. Squatrito, United States District Judge; and

The matter then having come before the Honorable Thomas P. Smith, United States Magistrate Judge, on consent, on the defendants' motion to dismiss, and

On December 2, 2003, the Court having issued an order that plaintiff respond to defendants' motion to dismiss by December 20, 2003 or failure to respond would result in the dismissal of the case with prejudice; and

On December 29, 2003, the court having issued its Ruling on Defendants' Motion to Dismiss granting the motion with prejudice as a result of plaintiff's failure to respond to the motion; it is therefore

ORDERED, ADJUDGED and DECREED that the complaint is dismissed with prejudice as to all defendants.

Dated at Hartford, Connecticut, this 5th day of January, 2004.

KEVIN F. ROWE, Clerk

By *Barbara J. Sunbury*
Deputy Clerk

EOD:_____